# STATE OF LOUISIANA
## COURT OF APPEAL, THIRD CIRCUIT
P.O. Box 16577
Lake Charles LA 70616
(337) 433-9403

Charles Wilson Seaman
Attorney at Law
P. O. Box 835
Natchitoches LA 71458-0835

**REHEARING ACTION: January 23, 2013**

**Docket Number: 12   00758-CA**

**LARRY DALE CARR, JR., ET UX**
**VERSUS**
**JAMES RICHARD WHITTEN, ET AL.**

**Appealed from Natchitoches Parish Case No. 83044**

**BEFORE JUDGES:**

  Hon. Marc T. Amy
  Hon. Elizabeth A. Pickett
  Hon. Billy Howard Ezell

As counsel of record in the captioned case, you are hereby notified that the application

for rehearing filed by **Brandy Whitten Pitts** has this day been

  **DENIED.**

cc: Jared Dunahoe, Counsel for the Appellee
    David Richard Taggart, Counsel for the Appellee